IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,,

        Plaintiff,                       CV F 03 6495 OWW   WMW   P

   vs.                                ORDER RE MOTION (DOC 21 )

CDC, et al.,

        Defendants.

On April 19, 2006, Plaintiff filed a motion to lodge documents in support of his complaint. On November 27, 2006, an order was entered, dismissing this action without prejudice for Plaintiff's failure to prosecute. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to lodge documents is denied as moot.

IT IS SO ORDERED.

**Dated:    January 9, 2007**               /s/  William M. Wunderlich
j14hj0                                    UNITED STATES MAGISTRATE JUDGE